OF THE

# SUPREME COURT

OF THE

# TERRITORY OF WYOMING.

## JANUARY TERM, 1885.

TRABING *et al.* v. MEYER.

(January 29, 1885.)

WRIT OF ERROR—FAILURE TO FILE ABSTRACT—
DISMISSAL—COSTS.

When plaintiff in error fails to file the abstract of the record within the time prescribed by rule of court, the case will be dismissed, with costs.

*J. W. Blake,* for plaintiffs in error. *Downey & Groesbeck,* for defendant in error.

LACEY, C. J. For the failure of plaintiffs in error to file the abstract of the record within the time prescribed by rule 12 of this court, the motion of defendant in error to dismiss the writ of error and strike this cause from the docket is sustained. Costs against plaintiffs in error.

All concurring.

COLLINS *et al.* v. JOHNSON.

(January 29, 1885.)

*M. M. Corlett,* for plaintiffs in error. *J. W. Blake,* for defendant in error.

LACEY, C. J. For the same cause as in Trabing v. Meyer, ubi supra, 5 Pac. Rep. 569, the writ of
133

error is dismissed, and this cause is stricken from the docket. Costs against plaintiffs in error.

All concurring.